UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2006 MAR -7 PM 3: 29

CLERK                  COURT
WESTERN          [       ] TEXAS

BY_____

| UNITED STATES OF AMERICA | § | Cr. No._____ |
|---|---|---|
| | § | USAO No. |
| v. | § | |
| | § | **INDICTMENT** |
| | § | |
| ANDREW J. HOWARD | § | [Violations: 1) 18 U.S.C. 924(c), Possession of a Firearm During and In Relation to a Drug Trafficking Offense; 2) 18 U.S.C. 922(o), Possession of a Machinegun] |

A06 CR-045 LY

THE GRAND JURY CHARGES THAT:

## Count One

On or about July 29, 2005, in the Austin Division of the Western District of Texas, the defendant,

**ANDREW J. HOWARD,**

did knowingly possess a firearm, namely, a Sites, Model Spectre HC, 9 mm handgun, SN KB2867, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession of a controlled substance with the intent to distribute, pursuant to Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

1

## Count Two

On or about July 29, 2005 in the Austin Division of the Western District of Texas, the defendant,

**ANDREW J. HOWARD,**

did knowingly possess a machinegun, namely, a Norinco, model SKS, 7.62 x 39 mm caliber rifle, SN 7098733, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

By: _____
Ashley S. Chapman
Assistant United States Attorney

2