**FILED**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

JUN   1 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

|  |  |  |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  AU:06-CR-00045(1)  LY |
| | § | |
| (1) ANDREW J. HOWARD | § | |
| *Defendant* | | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### AND FED. R. CRIM. P. 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, (1) ANDREW J. HOWARD, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge.  I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 1st day of June, 2006.

_____
(1) ANDREW J. HOWARD
*Defendant*

_____
Steve Brittain
*Attorney for Defendant*

_____
*Assistant U.S. Attorney*